UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE MONTERO GUDINO (A-Number: 231-830-041),

Petitioner,

v.

WARDEN OF THE MESA VERDE DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-02424-KES-CDB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT

Doc. 9

Petitioner Jose Montero Gudino, a former immigration detainee, initiated this action with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On June 18, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the petition for writ of habeas corpus as moot following petitioner's release from immigration detention. Doc. 9. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within 14 days of the date of service thereof. *Id.* at 3. No objections have been filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and

recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 18, 2026, Doc. 9, are adopted in full;
2. The petition for writ of habeas corpus, Doc. 1, is dismissed as moot.
3. The Clerk of the Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: July 15, 2026

UNITED STATES DISTRICT JUDGE